**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **GRANTS** the State's May 23, 2014 motion to extend time to file its brief.

WE **ORDER** the State's brief received on May 23, 2014 filed as of the date of this order.

/s/     DAVID EVANS
          JUSTICE